**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 03-cv-00848-LTB-CBS

UNITED STATES OF AMERICA,
        Plaintiff,

v.

CAROL A. CALHOUN a/k/a CAROL A. WILSON, in her individual capacity, as Trustee of CAROL A. CALHOUN FAMILY TRUST a/k/a CALHOUN FAMILY TRUST, and as Trustee of ALPHA - A PURE TRUST ORGANIZATION; and
STATE OF COLORADO, DEPARTMENT OF REVENUE,
        Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The United States' Motion to Remove Jeffrey S. Swyers from Service List (Doc 47 - filed June 13, 2006) is **GRANTED**.

Dated: June 14, 2006
_____