**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.  03-cv-00848-LTB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CAROL A. CALHOUN aka CAROL A. WILSON in her individual capacity,
as Trustee of CAROL A. CALHOUN FAMILY TRUST aka CALHOUN FAMILY TRUST,
and as Trustee of ALPHA - A PURE TRUST ORGANIZATION,

        Defendants.

---

ORDER FOR ENTRY OF JUDGMENT

---

      Pursuant to the Stipulation of Plaintiff United States of America and defendant Carol A. Calhoun it is hereby ORDERED that Judgment shall be entered against defendant Carol A. Calhoun and in favor of the plaintiff United States of America in the amount of $315,000.00, plus interest as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. §6621 from March 30, 2007; and it is further

ORDERED that the United States and Carol A. Calhoun shall each bear their own costs.

DATED this  16th  day of    October   , 2006.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK
Chief Judge